UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| MARK A. SCOTT and PAUL E. SCOTT | ) ) ) | |
| v. | ) ) | NO. 2:08-CV-296 |
| REGIONS BANK, *ET AL*. | ) | |

# **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge, [Doc. 149], dated January 26, 2009. In that Report and Recommendation the magistrate judge recommends that the Motion to Dismiss, [Doc. 110], filed by Defendant Helen Scott and joined by Defendant Andrea LaFollette be denied. The defendants have filed several objections to this report and recommendation.

After careful and *de novo* consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the defendants' objections are **OVERRULED** , that this Report and Recommendation is

**ADOPTED** and **APPROVED**, [Doc. 149], and that Defendants' Motion to Dismiss is **DENIED**, [Doc. 110]. It is further **ORDERED** that Defendant Helen Scott's "Motion for Hearing and Motion to Stay Proceedings," [Doc. 138], is **DENIED**.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE