UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MARK A. SCOTT and PAUL E. SCOTT ) ) ) v. ) ) REGIONS BANK, *ET AL*. ) | NO. 2:08-CV-296 |

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge, [Doc. 150], dated January 28, 2009. In that Report and Recommendation the magistrate judge recommends that Defendants Helen Scott and Andrea LaFollette's Motion to Strike pursuant to Rule 12(f) be denied *with* prejudice and their Motion to Strike pursuant to Rule 9(b) be denied *without* prejudice, [Doc. 114]. The defendants have filed no objections to this report and recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that this Report and

Recommendation is **ADOPTED** and **APPROVED**, [Doc. 150], and that Defendants' Motion to Strike pursuant to Rule 12(f) is **DENIED** *with* prejudice and their Motion to Strike pursuant to Rule 9(b) is **DENIED** *without* prejudice, [Doc. 114].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE