UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| MARK A. SCOTT and PAUL E. SCOTT | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:08-CV-296 |
| | ) | |
| REGIONS BANK, *ET AL.* | ) | |

# **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge, [Doc. 152], dated February 1, 2010. In that Report and Recommendation the magistrate judge recommends that Regions Bank's "Motion to Dismiss or to Strike Cross-Claim of Defendant Andrea LaFollette" be GRANTED. [Doc. 127]. No objections to this report and recommendation have been filed.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 152], and that Defendant Regions Bank's motion to dismiss LaFollette's cross-claim is **GRANTED**.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE